NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**GREEN MOUNTAIN GLASS, LLC, CULCHROME, LLC,**
*Plaintiffs-Cross-Appellants*

**v.**

**SAINT-GOBAIN CONTAINERS, INC., DBA VERALLIA NORTH AMERICA,**
*Defendant-Appellant*

---

2018-1725, 2018-1784

---

Appeals from the United States District Court for the District of Delaware in No. 1:14-cv-00392-GMS, Judge Gregory M. Sleet.

---

**JUDGMENT**

---

JEFFREY A. LAMKEN, MoloLamken LLP, Washington, DC, argued for plaintiffs-cross-appellants. Also represented by BENJAMIN THOMAS SIROLLY; JUSTIN ADATTO NELSON, Susman Godfrey LLP, Houston, TX; MATTHEW ROBERT BERRY, JOHN EDWARD SCHILTZ, Seattle, WA.

STANLEY JOSEPH PANIKOWSKI, III, DLA Piper LLP (US), San Diego, CA, argued for defendant-appellant. Also

represented by MATTHEW D. SATCHWELL, Chicago, IL; KATHRYN RILEY GRASSO, Washington, DC; BRIAN BIGGS, Wilmington, DE.

—————————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, O'MALLEY, and WALLACH, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| | |
|---|---|
| July 12, 2019 | /s/ Peter R. Marksteiner |
| Date | Peter R. Marksteiner |
| | Clerk of Court |